# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                              §      Case  No. 09-18508
                                    §
RODOLFO OLIVO                       §
                                    §
                                    §
        Debtor                      §

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on
    05/21/2009.  The undersigned trustee was appointed on 05/21/2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the
    debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be
    abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report
    showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                          $5,003.94

        Funds were disbursed in the following amounts:

        Payments made under an interim distribution            $0.00
        Administrative expenses                                $6.62
        Bank service fees                                      $9.88
        Other Payments to creditors                            $0.00
        Non-estate funds paid to 3rd Parties              $0.00
        Exemptions paid to the debtor                          $0.00
        Other payments to the debtor                           $0.00

        Leaving a balance on hand of[1]                        $4,987.44

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was <u>03/30/2010</u> and the deadline for filing government claims was <u>03/30/2010</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,250.39</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,250.39</u>, for a total compensation of <u>$1,250.39</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00</u>, for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>09/07/2011</u>                   By:   <u>/s/ Horace Fox, Jr.</u>
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                          Exhibit A

| | |
|---|---|
| **Case No.:** 09-18508 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** OLIVO, RODOLFO | **Date Filed (f) or Converted (c):** 05/21/2009 (f) |
| **For the Period Ending:** 9/7/2011 | **§341(a) Meeting Date:** 07/01/2009 |
| | **Claims Bar Date:** 03/30/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | single family residence located at 9842 South Sawyer Evergreen Park, Illinois | $164,900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Mtn to mod lien 146,569.00 | | | | | |
| 2 | Cash on hand | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | two checking accounts and one savings | $500.00 | $0.00 | DA | $0.00 | FA |
| 4 | living room, dining room and bedroom sets. | $2,800.00 | $0.00 | DA | $0.00 | FA |
| 5 | one set of men's clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| 6 | 9mm berretta | $300.00 | $0.00 | DA | $0.00 | FA |
| 7 | State Farm life insurance | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | JP Morgan Chase pension | $54,751.47 | $0.00 | DA | $0.00 | FA |
| 9 | JP Morgan Chase stock | $175.00 | $175.00 | DA | $0.00 | FA |
| 10 | 2007 Ford Freestyle | $12,000.00 | $6,985.00 | | $5,000.00 | FA |
| **Asset Notes:** | Settled at 5,000.00 | | | | | |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | | $3.94 | Unknown |

|  | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $235,826.47 | $7,160.00 | | $5,003.94 | $0.00 |

**Major Activities affecting case closing:**

Asset is automobile, Freestyle which debtor, has agreed to pay 5,000.00 over 6 months.  Have received first $1,000.00 payment.  Sent e-mail to debtor's attorney, re 2nd $1,000.00 installment.

Got 3rd payment (800, prior paments 2500).

Got 4th payment of 5, $4300.00/5,000.00 is in.

Consider taxes, you do legal work in this small case to hold fees down. Claims imported.

File motion to approve you do legal work save costs. 6.6.10

DO NOT HAVE MOST RECENT MTN TO MOD ON R/E.

9.14.10 got it.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2                    Exhibit A

| | |
|---|---|
| **Case No.:** | 09-18508 |
| **Case Name:** | OLIVO, RODOLFO |
| **For the Period Ending:** | 9/7/2011 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 05/21/2009 (f) |
| **§341(a) Meeting Date:** | 07/01/2009 |
| **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Must object to Ford claim to value it at zero.11.13.10

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 02/28/2011 | **Current Projected Date Of Final Report (TFR):** 09/28/2011 | /s/ HORACE FOX, JR. | |
| | | HORACE FOX, JR. | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 09-18508 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | OLIVO, RODOLFO | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1260 | | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 5/21/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $4,997.32 | | $4,997.32 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $4,995.50 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.06 | $4,987.44 |

|  | | | TOTALS: | | $4,997.32 | $9.88 | $4,987.44 |
|---|---|---|---|---|---|---|---|
|  | | | Less: Bank transfers/CDs | | $4,997.32 | $0.00 | |
|  | | | Subtotal | | $0.00 | $9.88 | |
|  | | | Less: Payments to debtors | | $0.00 | $0.00 | |
|  | | | Net | | $0.00 | $9.88 | |

| For the period of  5/21/2009 to 9/7/2011 | | For the entire history of the account between 07/25/2011 to 9/7/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,997.32 | Total Internal/Transfer Receipts: | $4,997.32 |
| | | | |
| Total Compensable Disbursements: | $9.88 | Total Compensable Disbursements: | $9.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $9.88 | Total Comp/Non Comp  Disbursements: | $9.88 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | | Checking Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8508 | Transfer For Bond Payment | 9999-000 | $4.48 | | $4.48 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $4.48 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $4.48 | $4.48 | $0.00 |
| **Less: Bank transfers/CDs** | $4.48 | $0.00 | |
| **Subtotal** | $0.00 | $4.48 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $4.48 | |

| **For the period of 5/21/2009 to 9/7/2011** | | **For the entire history of the account between 02/17/2011 to 9/7/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4.48 | Total Internal/Transfer Receipts: | $4.48 |
| | | | |
| Total Compensable Disbursements: | $4.48 | Total Compensable Disbursements: | $4.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.48 | Total Comp/Non Comp Disbursements: | $4.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-18508 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | OLIVO, RODOLFO | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | | | Money Market Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/7/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2009 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,000.00 | | $1,000.00 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $1,000.02 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $1,000.06 |
| 12/01/2009 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,500.00 | | $2,500.06 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.10 | | $2,500.16 |
| 01/14/2010 | (10) | Rodolfo Olivo | 5,000 installment agreement | 1129-000 | $800.00 | | $3,300.16 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.12 | | $3,300.28 |
| 02/05/2010 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,000.00 | | $4,300.28 |
| 02/24/2010 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $700.00 | | $5,000.28 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.16 | | $5,000.44 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $5,000.65 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.14 | $4,998.51 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $4,998.72 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.21 | | $4,998.93 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $4,999.14 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.21 | | $4,999.35 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $4,999.56 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $4,999.77 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.21 | | $4,999.98 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,000.19 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $5,000.40 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.21 | | $5,000.61 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.19 | | $5,000.80 |
| 03/02/2011 | | Transfer To  # ******8508 | Transfer For Bond Payment | 9999-000 | | $4.48 | $4,996.32 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $4,996.53 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $4,996.74 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.21 | | $4,996.95 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $4,997.16 |
| | | | **SUBTOTALS** | | $5,003.78 | $6.62 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-18508 | |
| **Case Name:** | OLIVO, RODOLFO | |
| **Primary Taxpayer ID #:** | ******1260 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 5/21/2009 | |
| **For Period Ending:** | 9/7/2011 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******8508 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.16 | | $4,997.32 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,997.32 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $5,003.94 | $5,003.94 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $5,001.80 | |
| **Subtotal** | $5,003.94 | $2.14 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5,003.94 | $2.14 | |

| **For the period of** 5/21/2009 **to** 9/7/2011 | | **For the entire history of the account between** 10/09/2009 **to** 9/7/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,003.94 | Total Compensable Receipts: | $5,003.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,003.94 | Total Comp/Non Comp Receipts: | $5,003.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.14 | Total Compensable Disbursements: | $2.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.14 | Total Comp/Non Comp Disbursements: | $2.14 |
| Total Internal/Transfer Disbursements: | $5,001.80 | Total Internal/Transfer Disbursements: | $5,001.80 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | |
|---|---|---|---|
| **Case No.** | 09-18508 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | OLIVO, RODOLFO | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******1260 | **Money Market Acct #:** | ******8508 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/21/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/7/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $5,003.94 | $16.50 | $4,987.44 |

| **For the period of 5/21/2009 to 9/7/2011** | | **For the entire history of the case between 05/21/2009 to 9/7/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,003.94 | Total Compensable Receipts: | $5,003.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,003.94 | Total Comp/Non Comp Receipts: | $5,003.94 |
| Total Internal/Transfer Receipts: | $5,001.80 | Total Internal/Transfer Receipts: | $5,001.80 |
| | | | |
| Total Compensable Disbursements: | $16.50 | Total Compensable Disbursements: | $16.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.50 | Total Comp/Non Comp Disbursements: | $16.50 |
| Total Internal/Transfer Disbursements: | $5,001.80 | Total Internal/Transfer Disbursements: | $5,001.80 |

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 09-18508 | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | | | | Date: | 9/7/2011 |
| Claims Bar Date: | 03/30/2010 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 East Monroe #1004<br>Chicago IL 60603 | 11/13/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,250.39 | $1,250.39 | $0.00 | $0.00 | $0.00 | $1,250.39 |
| 1 | FORD MOTOR CREDIT COMPANY LLC<br>P O Box 537901<br>Livonia MI 481539905 | 05/28/2009 | Personal Prop & Intang - Consensual | Disallowed | 4210-000 | $0.00 | $1,626.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    pursuant to order entered 8.25.11 (claim disallowed as secured claim and vaued at zero) trustee shall remitt no payment pursuant to 1 USC 725 and the value of any such claim is zero.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK<br><br>DFS Services LLC<br>POB 3025<br>New Albany OH 430543025 | 01/05/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,165.06 | $17,165.06 | $0.00 | $0.00 | $0.00 | $17,165.06 |
| 3 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $615.60 | $615.60 | $0.00 | $0.00 | $0.00 | $615.60 |
| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,481.91 | $5,481.91 | $0.00 | $0.00 | $0.00 | $5,481.91 |
| 5 | RMI/MCSI<br><br>3348 Ridge Rd<br>Lansing IL 60438 | 01/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 | $650.00 |
| 6 | STATE FARM BANK<br><br>POB 3001<br>Malvern PA 193550701 | 02/03/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,854.12 | $10,854.12 | $0.00 | $0.00 | $0.00 | $10,854.12 |

**Claim Notes:**    (6-1) CREDIT CARD DEBT

CLAIM ANALYSIS REPORT    Page No: 2                 Exhibit C

| | |
|---|---|
| **Case No.** | 09-18508 |
| **Case Name:** | OLIVO, RODOLFO |
| **Claims Bar Date:** | 03/30/2010 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date:** | 9/7/2011 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL RECOVERY III LLC AS ASSIGNEE OF SEARS - SE  Care of Recovery Management Systems Corp  25 SE 2nd Avenue Suite 1120  Miami FL 33131 | 02/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,111.61 | $10,111.61 | $0.00 | $0.00 | $0.00 | $10,111.61 |
| | | | | | | | $47,754.95 | $46,128.69 | $0.00 | $0.00 | $0.00 | $46,128.69 |

CLAIM ANALYSIS REPORT   Page No: 3      Exhibit C

**Case No.** 09-18508  
**Case Name:** OLIVO, RODOLFO  
**Claims Bar Date:** 03/30/2010  

**Trustee Name:** Horace Fox, Jr.  
**Date:** 9/7/2011

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $44,878.30 | $44,878.30 | $0.00 | $0.00 | $0.00 | $44,878.30 |
| Personal Prop & Intang - Consensual | $1,626.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,250.39 | $1,250.39 | $0.00 | $0.00 | $0.00 | $1,250.39 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-18508
Case Name:     RODOLFO OLIVO
Trustee Name:  Horace Fox, Jr.

Balance on hand:  _____  $4,987.44

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:  _____  $0.00
Remaining balance:  _____  $4,987.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Horace Fox, Trustee Fees | $1,250.39 | $0.00 | $1,250.39 |

Total to be paid for chapter 7 administrative expenses:  _____  $1,250.39
Remaining balance:  _____  $3,737.05

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  _____  $0.00
Remaining balance:  _____  $3,737.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:  _____  $0.00
Remaining balance:  _____  $3,737.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,878.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Discover Bank | $17,165.06 | $0.00 | $1,429.35 |
| 3 | Chase Bank USA, N.A. | $615.60 | $0.00 | $51.26 |
| 4 | Chase Bank USA, N.A. | $5,481.91 | $0.00 | $456.48 |
| 5 | RMI/MCSI | $650.00 | $0.00 | $54.13 |
| 6 | State Farm Bank | $10,854.12 | $0.00 | $903.83 |
| 7 | Capital Recovery III LLC As Assignee of Sears - SE | $10,111.61 | $0.00 | $842.00 |

Total to be paid to timely general unsecured claims:     $3,737.05
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00