**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-18508 |
| | § | |
| RODOLFO OLIVO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 10/25/2011 at 10:30 a.m., in Courtroom 742, United States Courthouse, if no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 9/30/2011 By: /s/ Horace Fox, Jr.
(Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-18508 |
| | § | |
| RODOLFO OLIVO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $5,003.94
*and approved disbursements of*      $16.50
*leaving a balance on hand of[1]:*      $4,987.44

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:      $0.00
Remaining balance:      $4,987.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $1,250.39 | $0.00 | $1,250.39 |

Total to be paid for chapter 7 administrative expenses:      $1,250.39
Remaining balance:      $3,737.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $3,737.05

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,737.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,878.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Discover Bank | $17,165.06 | $0.00 | $1,429.35 |
| 3 | Chase Bank USA, N.A. | $615.60 | $0.00 | $51.26 |
| 4 | Chase Bank USA, N.A. | $5,481.91 | $0.00 | $456.48 |
| 5 | RMI/MCSI | $650.00 | $0.00 | $54.13 |
| 6 | State Farm Bank | $10,854.12 | $0.00 | $903.83 |
| 7 | Capital Recovery III LLC As Assignee of Sears - SE | $10,111.61 | $0.00 | $842.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,737.05 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 09-18508-CAD
Rodolfo Olivo                                                  Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales              Page 1 of 1          Date Rcvd: Oct 04, 2011
                              Form ID: pdf006              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2011.
db          +Rodolfo Olivo,    9842 South Sawyer,    Evergreen Park, IL 60805-3061
13946680    +Andrea Rice,    79 West Monore,    Suite 1314,    Chicago, IL 60603-4933
14536620    +Barbara E Harding,    20 North Clark,    Chicago, IL 60602-4109
13946681    +CHASE,    800 Brooksedge,    Westerville, OH 43081-2822
13946682     Chase,    Bank One Card Services,    Westerville, OH 43081
14941418     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13946684     David Wessel,    205 Wset Randolph Street,    Suite 1630,    Chicago, IL 60606
13946686    +Edwards Hospital,    223 West Jackson,    c/o Merchants Center,    Chicago, IL 60606-6908
13946687    +FORD MOTOR,    P.O. Box 542000,    Omaha, NE 68154-8000
13969726   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    P O  Box 537901,
              Livonia MI  48153-9905)
13946689    +Legalink,    230 West Monore,    Suite 1500,    Chicago, IL 60606-4802
13946691    +Palos Community Hospital,    222 Merchandise Mart,    c/o Harris & Harris,    Chicago, IL 60654-1103
14953267    +RMI/MCSI,    3348 Ridge Rd,    Lansing, IL 60438-3112
14584686    +Sarah Fukner c/o Michael D Fine,    227 W Monroe Suite 2700,    Chicago, IL 60606-5081
15052161     State Farm Bank,    POB 3001,    Malvern, PA 19355-0701
13946693    +State Farm Financial,    3 State Farm Plaza,    N4,    Bloomington, IL 61791-0002
13946694    +Village of Tinley Park,    3348 Ridge Road,    c/ RMI,    Lansing, IL 60438-3112
13946695    +Wells Fargo,    c/o Andrew J. Nelson,    Pierce & Associates PC,    1 North Dearborn Suite 1300,
              Chicago, Illinois 60602-4373
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15140803    +E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2011 02:46:43
              Capital Recovery III LLC As Assignee of Sears - SE,    Care of Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13946692     E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2011 02:46:43     Capital Recovery III LLC SEARS,
              c/o Recovery Management Systems Corp,    Atten: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
              Miami, FL 33131-1605
13946685     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2011 02:45:51     DISCOVER,    P.O. BOX 15316,
              Wilmington, DE 19850
14584685     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2011 02:45:51     Discover Bank,
              DFS Services LLC,    POB 3025,    New Albany, OH 43054-3025
13946688    +E-mail/Text: ebnsterling@weltman.com Oct 05 2011 02:35:33     Kay Jewelers,    375 Ghent Road,
              Akron, OH 44333-4600
13946690    +E-mail/Text: bankrup@nicor.com Oct 05 2011 02:35:03     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13946683*      Chase,    Bank One Card Services,    Westerville, OH 43081
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**                                **Signature:** _/s/ Joseph Speetjens_