UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 09-18508
§
RODOLFO OLIVO §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $223,826.47 | Assets Exempt: | $77,151.47 |
| Total Distributions to Claimants: | $3,737.05 | Claims Discharged Without Payment: | $182,934.25 |
| Total Expenses of Administration: | $1,266.89 | | |

3) Total gross receipts of $5,003.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,003.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $124,528.00 | $1,626.26 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,266.89 | $1,266.89 | $1,266.89 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $175,997.00 | $44,878.30 | $44,878.30 | $3,737.05 |
| **Total Disbursements** | $300,525.00 | $47,771.45 | $46,145.19 | $5,003.94 |

4).  This case was originally filed under chapter 7 on 05/21/2009.  The case was pending for 30 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/29/2011           By:   /s/ Horace Fox, Jr.
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Freestyle | 1129-000 | $5,000.00 |
| Interest Earned | 1270-000 | $3.94 |
| **TOTAL GROSS RECEIPTS** | | **$5,003.94** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4210-000 | $1,615.00 | $1,626.26 | $0.00 | $0.00 |
|  | Wells Fargo | 4110-000 | $122,913.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$124,528.00** | **$1,626.26** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,250.39 | $1,250.39 | $1,250.39 |
| International Sureties, LTD. | 2300-000 | NA | $6.62 | $6.62 | $6.62 |
| Green Bank | 2600-000 | NA | $9.88 | $9.88 | $9.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,266.89** | **$1,266.89** | **$1,266.89** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | $17,165.00 | $17,165.06 | $17,165.06 | $1,429.35 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | $615.00 | $615.60 | $615.60 | $51.26 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $5,570.00 | $5,481.91 | $5,481.91 | $456.48 |
| 5 | RMI/MCSI | 7100-000 | NA | $650.00 | $650.00 | $54.13 |
| 6 | State Farm Bank | 7100-000 | $10,854.00 | $10,854.12 | $10,854.12 | $903.83 |
| 7 | Capital Recovery III LLC As Assignee of Sears - SE | 7100-000 | NA | $10,111.61 | $10,111.61 | $842.00 |
| | Andrea Rice | 7100-000 | $99,000.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $1,354.00 | NA | NA | $0.00 |
| | David Wessel | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Edwards Hospital | 7100-000 | $57.00 | NA | NA | $0.00 |
| | Kay Jewelers | 7100-000 | $418.00 | NA | NA | $0.00 |
| | Legalink | 7100-000 | $5,500.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $60.00 | NA | NA | $0.00 |
| | Palos Community Hospital | 7100-000 | $100.00 | NA | NA | $0.00 |
| | SEARS | 7100-000 | $10,054.00 | NA | NA | $0.00 |
| | Village of Tinley Park | 7100-000 | $250.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $175,997.00 | $44,878.30 | $44,878.30 | $3,737.05 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-18508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | Date Filed (f) or Converted (c): | 05/21/2009 (f) |
| For the Period Ending: | 11/29/2011 | | §341(a) Meeting Date: | 07/01/2009 |
| | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family residence located at 9842 South Sawyer Evergreen Park, Illinois | $164,900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Mtn to mod lien 146,569.00 | | | | | |
| 2 | Cash on hand | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | two checking accounts and one savings | $500.00 | $0.00 | DA | $0.00 | FA |
| 4 | living room, dining room and bedroom sets. | $2,800.00 | $0.00 | DA | $0.00 | FA |
| 5 | one set of men's clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| 6 | 9mm berretta | $300.00 | $0.00 | DA | $0.00 | FA |
| 7 | State Farm life insurance | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | JP Morgan Chase pension | $54,751.47 | $0.00 | DA | $0.00 | FA |
| 9 | JP Morgan Chase stock | $175.00 | $175.00 | DA | $0.00 | FA |
| 10 | 2007 Ford Freestyle | $12,000.00 | $6,985.00 | | $5,000.00 | FA |
| **Asset Notes:** | Settled at 5,000.00 | | | | | |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $3.94 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

$235,826.47    $7,160.00    $5,003.94    $0.00

**Major Activities affecting case closing:**

Asset is automobile, Freestyle which debtor, has agreed to pay 5,000.00 over 6 months. Have received first $1,000.00 payment. Sent e-mail to debtor's attorney, re 2nd $1,000.00 installment.
Got 3rd payment (800, prior paments 2500).
Got 4th payment of 5, $4300.00/5,000.00 is in.

Consider taxes, you do legal work in this small case to hold fees down. Claims imported.
File motion to approve you do legal work save costs. 6.6.10
DO NOT HAVE MOST RECENT MTN TO MOD ON R/E.
9.14.10 got it.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2 Exhibit 8

| Case No.: | 09-18508 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | | Date Filed (f) or Converted (c): | 05/21/2009 (f) |
| For the Period Ending: | 11/29/2011 | | | §341(a) Meeting Date: | 07/01/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

Must object to Ford claim to value it at zero.11.13.10

8/11/11 Final report filed, order signed 8.25.11

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2011 | **Current Projected Date Of Final Report (TFR):** | 09/28/2011 | /s/ HORACE FOX, JR. | |
| | | | | HORACE FOX, JR. | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-18508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1260 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $4,997.32 | | $4,997.32 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $4,995.50 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.06 | $4,987.44 |
| 10/28/2011 | 5001 | Horace Fox | Trustee Compensation | 2100-000 | | $1,250.39 | $3,737.05 |
| 10/28/2011 | 5002 | Discover Bank | Final Claim #: 2; Dividend: 28.65; Amount Allowed: 17,165.06; | 7100-000 | | $1,429.35 | $2,307.70 |
| 10/28/2011 | 5003 | Chase Bank USA, N.A. | Final Claim #: 3; Dividend: 1.02; Amount Allowed: 615.60; | 7100-000 | | $51.26 | $2,256.44 |
| 10/28/2011 | 5004 | Chase Bank USA, N.A. | Final Claim #: 4; Dividend: 9.15; Amount Allowed: 5,481.91; | 7100-000 | | $456.48 | $1,799.96 |
| 10/28/2011 | 5005 | RMI/MCSI | Final Claim #: 5; Dividend: 1.08; Amount Allowed: 650.00; | 7100-000 | | $54.13 | $1,745.83 |
| 10/28/2011 | 5006 | State Farm Bank | Final Claim #: 6; Dividend: 18.12; Amount Allowed: 10,854.12; | 7100-000 | | $903.83 | $842.00 |
| 10/28/2011 | 5007 | Capital Recovery III LLC As Assignee of Sears - SE | Final Claim #: 7; Dividend: 16.88; Amount Allowed: 10,111.61; | 7100-000 | | $842.00 | $0.00 |

**SUBTOTALS**  $4,997.32   $4,997.32

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2  Exhibit 9

| Case No. | 09-18508 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | OLIVO, RODOLFO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1260 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/21/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTALS: | | $4,997.32 | $4,997.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,997.32 | $0.00 | |
| | | | Subtotal | | $0.00 | $4,997.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $4,997.32 | |

**For the period of 5/21/2009 to 11/29/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,997.32 |
| | |
| Total Compensable Disbursements: | $4,997.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,997.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2011 to 11/29/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,997.32 |
| | |
| Total Compensable Disbursements: | $4,997.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,997.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | | Checking Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8508 | Transfer For Bond Payment | 9999-000 | $4.48 | | $4.48 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $4.48 | $0.00 |
| | | | **TOTALS:** | | $4.48 | $4.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4.48 | $0.00 | |
| | | | Subtotal | | $0.00 | $4.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $4.48 | |

| For the period of 5/21/2009 to 11/29/2011 | | For the entire history of the account between 02/17/2011 to 11/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4.48 | Total Internal/Transfer Receipts: | $4.48 |
| | | | |
| Total Compensable Disbursements: | $4.48 | Total Compensable Disbursements: | $4.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.48 | Total Comp/Non Comp Disbursements: | $4.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18508 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | | | Money Market Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2009 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,000.00 | | $1,000.00 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $1,000.02 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $1,000.06 |
| 12/01/2009 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,500.00 | | $2,500.06 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.10 | | $2,500.16 |
| 01/14/2010 | (10) | Rodolfo Olivo | 5,000 installment agreement | 1129-000 | $800.00 | | $3,300.16 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.12 | | $3,300.28 |
| 02/05/2010 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $1,000.00 | | $4,300.28 |
| 02/24/2010 | (10) | Rodolfo Olivo | 5,000.00 installment agreement | 1129-000 | $700.00 | | $5,000.28 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.16 | | $5,000.44 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $5,000.65 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.14 | $4,998.51 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $4,998.72 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.21 | | $4,998.93 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $4,999.14 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.21 | | $4,999.35 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $4,999.56 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $4,999.77 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.21 | | $4,999.98 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,000.19 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $5,000.40 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.21 | | $5,000.61 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.19 | | $5,000.80 |
| 03/02/2011 | | Transfer To # ******8508 | Transfer For Bond Payment | 9999-000 | | $4.48 | $4,996.32 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $4,996.53 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $4,996.74 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.21 | | $4,996.95 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $4,997.16 |
| | | | **SUBTOTALS** | | **$5,003.78** | **$6.62** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18508 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | | | Money Market Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/21/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.16 | | $4,997.32 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,997.32 | $0.00 |
| | | | **TOTALS:** | | $5,003.94 | $5,003.94 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,001.80 | |
| | | | Subtotal | | $5,003.94 | $2.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,003.94 | $2.14 | |

| For the period of 5/21/2009 to 11/29/2011 | | For the entire history of the account between 10/09/2009 to 11/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,003.94 | Total Compensable Receipts: | $5,003.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,003.94 | Total Comp/Non Comp Receipts: | $5,003.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.14 | Total Compensable Disbursements: | $2.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.14 | Total Comp/Non Comp Disbursements: | $2.14 |
| Total Internal/Transfer Disbursements: | $5,001.80 | Total Internal/Transfer Disbursements: | $5,001.80 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-18508 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | OLIVO, RODOLFO | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1260 | Money Market Acct #: | ******8508 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/21/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,003.94 | $5,003.94 | $0.00 |

**For the period of 5/21/2009 to 11/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,003.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,003.94 |
| Total Internal/Transfer Receipts: | $5,001.80 |
| | |
| Total Compensable Disbursements: | $5,003.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,003.94 |
| Total Internal/Transfer Disbursements: | $5,001.80 |

**For the entire history of the case between 05/21/2009 to 11/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,003.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,003.94 |
| Total Internal/Transfer Receipts: | $5,001.80 |
| | |
| Total Compensable Disbursements: | $5,003.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,003.94 |
| Total Internal/Transfer Disbursements: | $5,001.80 |